**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| DONLEVY, MICHAEL T. | ) | |
| DONLEVY, KELLY L. | ) | CASE NO. 04-16320 |
| AKA DESIGN CUSTOM WOODWORKING | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

> At: U.S. BANKRUPTCY COURT
> Kane COUNTY COURTHOUSE
> 100 S. 3rd STREET, ROOM 140
> GENEVA, IL 60134
>
> On: SEPTEMBER 06, 2007
>
> At: 10:00 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $   90,361.75

    b. Disbursements                         $   26,500.00

    c. Net Cash Available for Distribution   $   63,861.75

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $ 7,768.09 | $ |
| JOSEPH R. VOILAND | $ | $ | $ 774.53 |

Trustee

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $105,604.73 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 52.38%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2A | Peggy and Martin Clancy | $ 2,225.00 | $ 2,225.00 |
| 10A | Bernard J. and Patricia Chamernik | $ 2,225.00 | $ 2,225.00 |
| 15A | Internal Revenue Service | $ 101,154.73 | $ 50,869.13 |

6. Claims of general unsecured creditors totaling $210,122.88, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

    Cash - $200.00; Checking Account - $200.00; Wearing Apparel - $200.00; 100 Shares (Design Custom Homes, Inc.) - $1,000.00; Account Receivable (Lefelstein) - $10,000.00.

    The Trustee seeks abandonment of said assets because they are subject to Debtors' valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   AUGUST 1, 2007                         For the Court,


                                                By:   KENNETH S. GARDNER

Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

![BAE SYSTEMS]
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                   Page 1 of 2                 Date Rcvd: Aug 01, 2007
Case: 04-16320                 Form ID: pdf002               Total Served: 71

The following entities were served by first class mail on Aug 03, 2007.
db         +Michael T Donlevy,    7N580 Wagontire Road,    Saint Charles, IL 60175-6610
jdb        +Kelly L Donlevy,    7N580 Wagontire Road,    Saint Charles, IL 60175-6610
aty        +Robert J. Sandner,    Law Office of Timothy P. Dwyer,    240 West River Drive,
             St. Charles, IL 60174-5535
aty        +Thomas J Regan,    Jaros Tittle & O'Toole,    20 N Clark Street,    Suite 510,
             Chicago, IL 60602-4364
aty        +Timothy P Dwyer,    Law Offices of Timothy Dwyer,    240 W River Dr,    St Charles, IL 60174-5535
tr         +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
8030375     AT&T,    P. O. Box 78522,    Phoenix, AZ 85062-8522
8030372    +American Custom Millwork, Inc.,    3904 Newton Rd.,    Albany, GA 31701-7381
8697435     American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
             Malvern, PA 19355-0701
8030373     American Express Optima,    PO Box 360002,    Ft. Lauderdale, FL 33336-0002
8030374    +Associates Commerical Corporation,    PO Box 168647,    Irving, TX 75016-8647
8030376    +Attorney General,    State of Illinois,    500 S. 2nd Street,    Springfield, IL 62706-0001
8030378     Bank One,    P. O. Box 8650,    Wilmington, DE 19899-8650
8030380    +Bernard J. and Patricia Chamernik,    4115 Clearwater Lane,    Naperville, IL 60564-7106
8030381    +Blatt, Hasenmiller, Leibsker & Moore,    2 N. LaSalle Street, Suite 900,    Chicago, IL 60602-4059
8030382    +Builders Plumbing and Heating Supply Co.,    133 S.Route 53,    Addison, IL 60101-3027
8685030    +ChaseManhttnBankUSA,NA as successor in interest to,    Bank One Delaware, NA,
             c/o Weinstein & Riley, P.S.,    2101 4th Ave., Suite 900,    Seattle, WA 98121-2339
8030383     CheckRite,    PO Box 661068,    Chicago, IL 60666-1068
8030384    +Cheri Lynn Designs, Ltd.,    780 Clover Ln.,    Glencoe, IL 60022-1409
8030385    +Chicago Granite and Marble, Inc.,    415 Busse Rd.,    Elk Grove Village, IL 60007-2114
8767443    +Citibank (USA) NA,    4300 Westown Parkway,    West Des Moines, IA 50266-1266
8030386    +Collection Bureau of America,    25954 Eden Landing road,    Hayward, CA 94545-3837
8030387    +Commercial Transportation Adjustment,    PO Box 547,    East Brunswick, NJ 08816-0547
8030388    +Cutting Edge Millwork,    1160 Jansen Farm Drive,    Elgin, IL 60123-2550
8030389    +DAL, Inc.,    300 E. Madison Avenue,    Clifton Heights, PA 19018-2622
8030390    +David and Karen Misura,    1649 Derby Drive,    Batavia, IL 60510-8647
8030391    +David and Kay Lefelstein,    36W698 Andrea Ct.,    Saint Charles, IL 60175-6377
8030392     DeHaan & Bach,    11256 Cornell Park Dr., Suite 500,    PO Box 429321,    Cincinnati, OH 45242-9321
8030393    +Deutsh's Truck & Diesel,    625 West Roosevelt Rd.,    West Chicago, IL 60185-4812
8030394    +Direct Shippers Association,    19 Crows Mill Rd.,    Keasbey, NJ 08832-1004
8030395    +Dover Inlay Mfg.,    10226 Governor Lane Blvd.,    PO Box 151,    Williamsport, MD 21795-0151
8030396    +Dreyer, Foote, et al,    900 N. Lake Street,    Aurora, IL 60506-2535
8030397    +Dun & Bradstreet,    6500 Rockside Avenue,    P. O. Box 318045,    Independence, OH 44131-8045
8030399    +F.E. Wheaton & Co., Inc.,    P.O. Box 459,    Yorkville, IL 60560-0459
8030400     FedEx,    P. O. Box 1140,    Memphis, TN 38101-1140
8030402     Fox Valley Insulation,    205 E. Praire St.,    Marengo, IL 60152
8030403     Fremont Investment and Loan,    P.O. Box 14242,    Orange, CA 92863-1242
8030404    +Great Western Flooring Company,    2000 W. State,    Geneva, IL 60134-3696
8030405    +Harvard Colleciton Services, Inc.,    4839 N Elston Avenue,    Chicago, IL 60630-2589
8030406    +Herbert D. Stith, D.D.S.,    1131 Randall Court,    Geneva, IL 60134-3911
8030407    +Huck, Bouma, Martin, Jones & Bradshaw,    1755 S. Naperville Rd., Suite 200,
             Wheaton, IL 60187-8144
8030409   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8030408     Illinois Department of Revenue,    100 W. Randolph, Level 7-4000,,    Chicago, IL 60601
8030410    +Jones & Jacobs,    77 W. Washington Street, Suite 1615,    Chicago, IL 60602-3555
8030412    +KCA Financial Services,    628 North Street,    Geneva, IL 60134-1356
8030411    +Kane County Tax Collector,    719 S. Batavia Avenue,    Geneva, IL 60134-3099
8030413    +Kluever & Platt, LLC,    65 E. Wacker Place, Suite 1700,    Chicago, IL 60601-7248
8030414    +Lawrence I. Crisanti,    85 Market Street,    Elgin, IL 60123-5083
8030415    +Leslie G. Bleifuss,    100 S. Main Street, Suite 201B,    PO Box 8011,    Elburn, IL 60119-8011
8030416    +Michael D. Tierney,    45W799 Route 38,    Maple Park, IL 60151-8692
8030417    +Michael J. Mahony,    1447 S. Blackhawk Court,    South Elgin, IL 60177-2989
8030419    +PTR Truck Parts and Service,    1201 Howard Drive,    West Chicago, IL 60185-1623
8030418    +Peggy and Martin Clancy,    460 Carriage Way,    Deerfield, IL 60015-4533
8030420    +Putnam Rolling Ladder Co. Inc,    32 Howard St.,    New York, NY 10013-3112
8030421    +Richard J. Atlas,    950 Milwaukee Avenue,    Glenview, IL 60025-3710
8030422    +Rugby Ipd Corporation,    747 Chase Ave.,    Elk Grove Village, IL 60007-4803
8030423     Schiller, DuCanto & Fleck,    311 S. County Farm Rd., Suite G,    Wheaton, IL 60187-2477
8030424     Sears Card,    Payment Center,    P. O. Box 182149,    Columbus, OH 43218-2149
8030425     Sherwin Williams Company,    33 W. 365 Route 38,    North Aurora, IL 60542
8030426    +Tamari & Blumenthal, LLC,    980 N. Michigan Avenue,    14th Floor,    Chicago, IL 60611-4501
8030427    +Teller Levit Silvertrust, P.C.,    11 E. Adams Street,    Chicago, IL 60603-6369
8030428    +Timothy P. Dwyer,    240 W River Drive,    Saint Charles, IL 60174-5535
8030429    +Trim Works,    d/b/a Midwest Window & Supply,    800 E. North,    Elburn, IL 60119-9083
8030430    +Tutor Chiropractic Health Care, Ltd.,    Dr. Brian L. Tutor, D.C.,    961 Oak Street,
             North Aurora, IL 60542-1579
8030432   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 790408,    Saint Louis, MO 63179-0408)
8723563    +US Bank/Retail Payment Solutions,    PO Box 5229,    Cincinnati, Oh 45201-5229
8030431    +United Parcel Service,    100 Enterprise Parkway,    West Columbia, SC 29170-2248
8030433    +Whitney & Richardson,    150 Pintail Street,    Saint Rose, LA 70087-4024
8030434    +William Cherny,    Chawla Group, Ltd.,    15 Spinning Wheel Road, #126,    Hinsdale, IL 60521-3657
8030435    +Win Wehrli,    104 South Parkway Drive,    Naperville, IL 60540-5254
8030436    +Woodmac Industries,    3233 Holeman Avenue,    South Chicago Heights, IL 60411-5515
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Aug 01, 2007
Case: 04-16320                Form ID: pdf002          Total Served: 71

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r               Laura Edward
r               ReMax Great American,    North Aurora, Illinois
8030377*       +Attorney General,    State of Illinois,    500 S. 2nd Street,    Springfield, IL 62706-0001
8030379*        Bank One,    P. O. Box 8650,    Wilmington, DE 19899-8650
8030398*       +Dun & Bradstreet,    6500 Rockside Avenue,    P. O. Box 318045,    Independence, OH 44131-8045
8030401*        FedEx,    P. O. Box 1140,    Memphis, TN 38101-1140
                                                                                      TOTALS: 2, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2007**             **Signature:**    *Joseph Speetjens*