# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04-16320 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | DONLEVY, MICHAEL T. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DONLEVY, KELLY L. | | Account: | ***-*****97-65 - Money Market Account |
| Taxpayer ID #: | 13-7434269 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 11/06/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/26/04 | | Michael Donlevy | proceeds from debtor's purchase of estate assets | | 15,000.00 | | 15,000.00 |
| | {8} | | | 5,000.00 | 1129-000 | | 15,000.00 |
| | {4} | | | 10,000.00 | 1129-000 | | 15,000.00 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.10 | | 15,000.10 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 3.19 | | 15,003.29 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 3.76 | | 15,007.05 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 3.58 | | 15,010.63 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 4.46 | | 15,015.09 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 4.32 | | 15,019.41 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 4.47 | | 15,023.88 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 4.80 | | 15,028.68 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 5.21 | | 15,033.89 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 5.75 | | 15,039.64 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 5.91 | | 15,045.55 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 6.53 | | 15,052.08 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 6.81 | | 15,058.89 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.53 | | 15,066.42 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.48 | | 15,074.90 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.10 | | 15,083.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.97 | | 15,091.97 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.55 | | 15,101.52 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.26 | | 15,111.78 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.94 | | 15,121.72 |

Subtotals :   **$15,121.72**   **$0.00**

{} Asset reference(s)                                                                                                                    Printed: 11/06/2007 04:44 PM   V.8.12

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 04-16320  
**Case Name:** DONLEVY, MICHAEL T.  
DONLEVY, KELLY L.  
**Taxpayer ID #:** 13-7434269  
**Period Ending:** 11/06/07  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*97-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 10.28 | | 15,132.00 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 10.28 | | 15,142.28 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 9.62 | | 15,151.90 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 10.62 | | 15,162.52 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 9.96 | | 15,172.48 |
| 12/07/06 | {1} | Chase | proceeds from debtor for purchase of Trusttee's interest in real estate | 1110-000 | 45,000.00 | | 60,172.48 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 27.38 | | 60,199.86 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 40.14 | | 60,240.00 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 30.02 | | 60,270.02 |
| 03/07/07 | {1} | Chase | proceeds from debtors purchase of trustee's interest in real estate | 1110-000 | 30,000.00 | | 90,270.02 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 42.33 | | 90,312.35 |
| 04/18/07 | 1001 | David and Karen Misura | settlement proceeds for release of memorandum of judgement | 7100-000 | | 4,000.00 | 86,312.35 |
| 04/18/07 | 1002 | ReMax Great America | payment of broker fees per court order of 4/12/2007 | 3510-000 | | 7,500.00 | 78,812.35 |
| 04/18/07 | 1003 | Cheri Lynn Designs, Ltd. | payment of settlement proceeds for release of memorandum of judgement | 7100-000 | | 15,000.00 | 63,812.35 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 49.40 | | 63,861.75 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 36.57 | | 63,898.32 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 32.98 | | 63,931.30 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 36.41 | | 63,967.71 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 35.29 | | 64,003.00 |
| 09/07/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 6.83 | | 64,009.83 |
| | | | **Subtotals :** | | **$75,388.11** | **$26,500.00** | |

{} Asset reference(s)

Printed: 11/06/2007 04:44 PM   V.8.12

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 04-16320 | | **Trustee:** | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| **Case Name:** | DONLEVY, MICHAEL T. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | DONLEVY, KELLY L. | | **Account:** | ***-*****97-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7434269 | | **Blanket Bond:** | $50,000,000.00 (per case limit) |
| **Period Ending:** | 11/06/07 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/07/07 | | To Account #********9766 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 64,009.83 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **90,509.83** | **90,509.83** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 64,009.83 | |
| | | | **Subtotal** | | **90,509.83** | **26,500.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$90,509.83** | **$26,500.00** | |

{} Asset reference(s) 

Printed: 11/06/2007 04:44 PM   V.8.12

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| Case Number: | 04-16320 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | DONLEVY, MICHAEL T. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DONLEVY, KELLY L. | | Account: | ***-*****97-66 - Checking Account |
| Taxpayer ID #: | 13-7434269 | | Blanket Bond: | $50,000,000.00   (per case limit) |
| Period Ending: | 11/06/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/07/07 | | From Account #********9765 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 64,009.83 | | 64,009.83 |
| 09/10/07 | 101 | Peggy and Martin Clancy | Dividend paid 100.00% on $2,225.00; Claim# 2A; Filed: $2,225.00; Reference: | 5700-000 | | 2,225.00 | 61,784.83 |
| 09/10/07 | 102 | Bernard J. and Patricia Chamernik | Dividend paid 100.00% on $2,225.00; Claim# 10A; Filed: $2,225.00; Reference: | 5700-000 | | 2,225.00 | 59,559.83 |
| 09/10/07 | 103 | Internal Revenue Service | Dividend paid  50.43% on $101,154.73; Claim# 15A; Filed: $101,154.73; Reference: | 5800-000 | | 51,017.21 | 8,542.62 |
| 09/10/07 | 104 | JOSEPH R. VOILAND | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 8,542.62 | 0.00 |
| | | | Dividend paid 100.00%       7,768.09 on $7,768.09;  Claim# ; Filed: $7,768.09 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%          774.53 on $774.53;  Claim# ; Filed: $774.53 | 2200-000 | | | 0.00 |

|  |  Subtotals : | $64,009.83 | $64,009.83 |
|---|---|---|---|

{} Asset reference(s)

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 04-16320  
**Case Name:** DONLEVY, MICHAEL T.  
DONLEVY, KELLY L.  
**Taxpayer ID #:** 13-7434269  
**Period Ending:** 11/06/07  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****97-66 - Checking Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 64,009.83 | 64,009.83 | $0.00 |
| | | | Less: Bank Transfers | | 64,009.83 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 64,009.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $64,009.83 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****97-65** | 90,509.83 | 26,500.00 | 0.00 |
| **Checking # ***-*****97-66** | 0.00 | 64,009.83 | 0.00 |
| | $90,509.83 | $90,509.83 | $0.00 |

{} Asset reference(s)

Printed: 11/06/2007 04:44 PM     V.8.12